

**TEARMAN SPENCER**
City Attorney

**CELIA M. JACKSON**
Special Deputy City Attorney

**ODALO J. OHIKU**
**ROBIN A. PEDERSON**
**YOLANDA Y. MCGOWAN**
**TODD FARRIS**
Deputy City Attorneys

HEIDI WICK SPOERL
GREGG C. HAGOPIAN
KATHRYN Z. BLOCK
THOMAS D. MILLER
JEREMY R. MCKENZIE
PETER J. BLOCK
JENNY YUAN
ALLISON N. FLANAGAN
HEATHER H. HOUGH
ANDREA J. FOWLER
PATRICK J. MCCLAIN
ELLENY B. CHRISTOPOULOS
HANNAH R. JAHN
JULIE P. WILSON
GREGORY P. KRUSE
JAMES M. CARROLL
MEIGHAN M. ANGER
ALEXANDER R. CARSON
ALEX T. MUELLER
ALEXANDER COSSI
LISA A. GILMORE
NICHOLAS R. SINRAM
TAVISS K. SMITH
KATHERINE A. HEADLEY
ANTHONY JACKSON
NICHOLAS C. ZALES
JENNIFER T. DEMASTER
JOHN D. MCNALLY
STACY J. MILLER
Assistant City Attorneys

Milwaukee City Hall Suite 800 • 200 East Wells Street • Milwaukee, Wisconsin 53202-3551
Telephone: 414.286.2601 • TDD: 414.286.2025 • Fax: 414.286.8550

February 3, 2022

Honorable Brett H. Ludwig
United States District Court
517 East Wisconsin Avenue
Milwaukee, WI 53202

    RE:    *English et al v. City of Milwaukee et al*
            Case No: 2:19-cv-00781

Dear Honorable Judge Ludwig:

Plaintiff's counsel, Attorney Dupuis, and I had discussed and agreed to reach out to you to inquire if there are any specific issues or areas of interest you want us to be prepared to discuss for the Oral Argument currently scheduled in this matter for February 8, 2022.

Unfortunately, I am now also requesting an adjournment of the February 8, 2021 Oral Argument hearing for health-related reasons. Attorney Dupuis has no objection to a brief adjournment. If granted, perhaps the parties could contact chambers to choose a new date for late February or early March?

Thank you for your consideration.

Very truly yours,

/s/ Yolanda Y. McGowan

YOLANDA Y. McGOWAN
Deputy City Attorney

YYM/cdr

    c:    Laurence J. Dupuis, Esq.

1032-2019-1179/278821