IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| BENETRIA McGOWAN and JARRETT ENGLISH, | * |
| Plaintiffs, | * |
| -vs- | *   Case No. 19 CV 781 |
| CITY OF MILWAUKEE, et al., | * |
| Defendants. | * |

# JOINT MOTION TO AMEND

Plaintiffs Benetria McGowan and Jarrett English, together with Defendants City of Milwaukee, et al., jointly move this Court to amend its September 7, 2022 Order (Dkt. #99) which set a September 29, 2022 date for a status conference and a September 22, 2022 date for filing a status report. The parties request the Court extend the dates for a status conference and report by thirty or more days beyond the dates set in its original order.

AS GROUNDS, the parties state that the additional time is necessary so that they may have the required discussions regarding the possibility of resolution of this case. One of the plaintiffs, Mr. English is currently recovering from serious injuries he recently sustained, and the other plaintiff, Benetria McGowan, is recovering from a severe respiratory illness. An additional thirty days are requested to enable plaintiffs' counsel to fully advise and confer with them in this process.

Dated this day the 15th of September, 2022.

1

**AMERICAN CIVIL LIBERTIES UNION OF WISCONSIN FOUNDATION and A.STEVEN PORTER**

By: /s/ A. Steven Porter
A. Steven Porter
State Bar No. 1000195
*Attorney for Plaintiffs*

P.O. Box 7093
Madison, Wisconsin 53707
(608) 662-2285
(608) 819-6466 (fax)
asp5949@gmail.com

AMERICAN CIVIL LIBERTIES UNION OF WISCONSIN FOUNDATION, INC.
By: /s/ Laurence J. Dupuis
Asma Kadri Keeler
State Bar No. 1114761
R. Timothy Muth
State Bar No. 1010710
Emma Shakeshaft
State Bar No. 1092046
Laurence J. Dupuis
State Bar No. 1029261
*Attorneys for Plaintiffs*

207 E. Buffalo Street, Room 325
Milwaukee, Wisconsin 53202
(414) 272-4032
(414) 272-0182 (fax)
akadri@aclu-wi.org
ldupuis@aclu-wi.org

TEARMAN SPENCER
City Attorney

/s/ Stacy J. Miller
Spencer Todd Farris
State Bar No. 1006554
Stacy J. Miller
State Bar No. 1126905
*Attorneys for Defendants*

200 East Wells Street, Room 800
Milwaukee, WI 53202
Telephone: (414) 286-2601
Fax: (414) 286-8550
Email: tfarris@milwaukee.gov