# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

<u>Court Minutes and Order</u>

| | |
|---|---|
| HEARING DATE: | February 22, 2023 |
| JUDGE: | Brett H. Ludwig |
| CASE NO.: | 19-cv-0781 |
| CASE NAME: | English et al. v. City of Milwaukee et al. |
| MATTER: | Status Conference |
| APPEARANCES: | A. Steven Porter, Laurence J. Dupuis, Attorneys for Plaintiffs |
| | Jennifer L. Williams, Stacy J. Miller, Attorneys for Defendants |
| TIME: | 11:01 a.m. – 11:18 a.m. |
| COURTROOM DEPUTY: | Julie D. |

**AUDIO OF THIS HEARING IS AT ECF NO. 110**

---

Counsel for the parties reported on the status of the case and their opinions as to how the case should proceed towards resolution. The Court asked the parties whether their clients would agree to a bench trial. Counsel for Defendants agreed to a bench trial but Counsel for Plaintiffs asked for time to confer with his clients. The Court directed Counsel to confer with his clients and report back on their willingness to consent to a bench trial within 14 days. The Court then set a schedule for trial and a date for a final pretrial conference. The Court also set deadlines for filing motions in limine. The parties also agreed that if the plaintiffs wish to proceed with their right to a jury trial, the trial will be bifurcated, with the issue of liability tried first and damages issues tried afterward. Accordingly,

**IT IS HEREBY ORDERED** that Counsel for Plaintiffs must confer with their clients regarding the possibility of a bench trial and report their decision on or before **March 8, 2023**.

**IT IS FURTHER ORDERED** that a trial will be held on **July 10, 2023 through July 18, 2023** at the United States Federal Building and Courthouse, 517 E. Wisconsin Ave. Milwaukee, WI 53202. The trial will be by jury unless Plaintiffs consent to a bench trial.

**IT IS FURTHER ORDERED** that a final pretrial conference will be held on **June 29, 2023 at 9 a.m.** at the United States Federal Building and Courthouse, 517 E. Wisconsin Ave. Milwaukee, WI 53202.

**IT IS FURTHER ORDERED** that motions in limine are due on or before **June 15, 2023**.

Responses to motions in limine and final pretrial reports are due on or before **June 22, 2023**.

Dated at Milwaukee, Wisconsin on February 22, 2023.

                                                         s/ *Brett H. Ludwig*
                                                        BRETT H. LUDWIG
                                                        United States District Judge