

207 East Buffalo Street, Ste 325
Milwaukee, WI 53202
(414) 272-4032
aclu-wi.org

March 7, 2023

By ECF


Hon. Brett H. Ludwig
United States District Judge
United States District Court for the
      Eastern District of Wisconsin
517 E. Wisconsin Ave.
Milwaukee, WI 53202

      Re: *English v. City of Milwaukee*, 19-CV-0781-BHL

Dear Judge Ludwig:

At the status conference in the above case on February 22, 2023, and by Order of the same date [Dkt. 111], the Court directed Plaintiffs' counsel to consult with Plaintiffs to determine whether they would consent to a bench trial and report their decision by March 8, 2023. After consultation, Plaintiffs do *not* consent to a bench trial and wish to proceed to a jury trial of all issues so triable.

Sincerely,


/s/ Laurence J. Dupuis
Laurence J. Dupuis
State Bar No. 1029261
(414) 272-4032, ext. 212
ldupuis@aclu-wi.org

One of Plaintiffs' lawyers

cc:    Jennifer L. Williams, Stacy J. Miller, Attorneys for Defendants
       A. Steven Porter, Emma S. Shakeshaft, R. Timothy Muth, Christine A. Donahoe, Attorneys for Plaintiffs