# Exhibit A

## PLAINTIFFS' EXHIBIT LIST

| Exh. No. | Date | Description | Offered | Admit-ted |
|---|---|---|---|---|
| 1002 | 11/17/2016 | Major Incident Response Team (MIRT) Standard Operating Instruction | | |
| 1003 | 6/29/2015 | SOP 220 - Arrest Authority | | |
| 1004 | | Wis. Stat 947.01 Disorderly Conduct | | |
| 1005 | | Wis. Stat. 947.05 Unlawful Assemblies | | |
| 1008 | 8/30/2016 | Log of Sherman Park arrests after 5 pm on August 30, 2016 along with Def. Response to request for production authenticating | | |
| 1009 | 8/30/2016 | Police call log for Sherman Park operation | | |
| 1010 | | Defendants' interrogatory responses | | |
| 1011 | 8/30/2016 | Incident Report for J. English arrest prepared by Lt. Derrick Harris | | |
| 1012 | 1/26/2017 | Internal Affairs report on investigation of Sgt Brock's actions prepared by Matthew Palmer | | |
| 1013 | | Milwaukee Ordinance re Unlawful Assemblies | | |
| 1014 | | Milwaukee Ordinance re Disorderly Conduct | | |
| 1018 | 12/28/2016 | CD of Laroque Internal Affairs interview | | |
| 1019 | 8/30/2016 | Evidence log for Laroque Body Cam | | |
| 1020 | 8/30/2016 | DVD with 12 officer body cam videos (from Palmer IAS file) | | |
| 1021 | 11/8/2016 | Notice of internal investigation to Raymond Brock | | |
| 1023 | 5/23/2017 | Non-disciplinary counseling memo for Raymond Brock | | |
| 1024 | 5/10/2017 | Internal affairs investigation conclusion summary for Raymond Brock prepared by Lt. Timothy Leitzke | | |
| 1029 | 9/29/2015 | SOP 900 – Hazard Mitigation Plan | | |
| 1036 | 8/24/2016 | Chief Flynn email to Harpole and Stanmeyer re | | |

# Exhibit A

| | | | | |
|---|---|---|---|---|
| | | Sherman Park "2 week mourning period will be deemed enough" | | |
| 1037 | 8/30/2016 | Harpole email regarding August 30, 2016 operation and arrests | | |
| 1038 | 8/31/2016 | Harpole email regarding 8/30 night arrests | | |
| 1039 | 8/30/2016 | Basting email to Harpole forwarding emails from Flynn and Khalif Rainey regarding ending protests | | |
| 1040 | 8/30/2016 | Email from assistant to Khalif Rainey regarding need to end protests at memorial | | |
| 1041 | 8/31/2016 | Night Watch Command Activity Report for Sherman Park operation | | |
| 1057 | | McGowan Muni. Ct. Record | | |
| 1058 | 8/22/2016 | Aug 22 Moore Email to Rainey | | |
| 1059 | 8/24/2016 | Flynn-Harpole email | | |
| 1060 | 8/30/2016 | Flynn Harpole Email (City 0907-908) | | |
| 1061 | | Defendants Supplemental Response to Requests to Admit | | |
| | | No Exhibits Marked 1062-1100 | | |
| 1101 | | Summary video English arrest | | |
| 1102 | | Connell BWC 2.mp4 video | | |
| 1103 | | Connell BWC 4.mp4 video | | |
| 1104 | | Wallich BWC 2.mp4 video | | |
| 1105 | | Ghassoul BWC 7.mp4 | | |
| 1106 | | Ghassoul BWC 6.mp4 video | | |
| 1107 | | Groen BWC video | | |
| 1108 | | Rothweiler BWC video | | |
| 1109 | | Brock BWC 3.mp4 video | | |
| 1110 | | Laroque BWC 2.mp4 video | | |
| 1111 | | Markert BWC video | | |

# Exhibit A

| | | | | |
|---|---|---|---|---|
| 1112 | 8/30/2016 | Audio of radio transmissions | | |
| 1113 | | Fox 6 News video | | |
| 1114 | 8/30/2016 | Jarret English Facebook Live video | | |
| 1115 (Grunert Dep Ex. 1) | 2/10/2020 | Independent Psychological Assessment of Benetria McGowan | | |
| 1116 (Grunert Dep. Ex. 3) | | Curriculum Vitae, Brad K. Grunert, Ph.D. | | |
| 1117 | | Medical Records - Benetria McGowan (ACLU0143-0152) | | |
| 1118 | 8/30/2016 | Benetria McGowan booking photo | | |
| 1119 | 8/30/2016 | Benetria McGowan municipal citation | | |
| 1120 | | Hinkley 44_Auer4.mp4 BWC video | | |
| 1121 | | Wallich BWC 1.mp4 video | | |
| 1122 | | Wallich BWC 4.mp4 video | | |
| 1123 | | Brock BWC 1.mp4 video | | |
| 1124 | | Ghassoul BWC 6.mp4 video | | |
| 1125 | | Ghassoul BWC 7.mp4 video | | |
| 1126 | | Police van video – VTS_01_1.VOB -- Jarrett English in van | | |
| | | **Demonstrative Exhibits** | | |
| 1200 | | Map showing area of arrests on night of August 30, 2016 | | |
| 1201 | | Timeline - August 2016 – Sylville Smith shooting until arrests | | |
| 1202 | | Timeline – Events of August 30, 2016 | | |
| | | | | |

# Exhibit A

|  |  |  |  |  |
|---|---|---|---|---|