# Exhibit B

**PLAINTIFFS' PROPOSED DEPOSITION DESIGNATIONS**

Deposition of Stephen Basting

Page:Line
36:10-25
38:11-18
39:17-40:13
40:25-41:6
43:9-25
45:9-46:13
50:15-51:21
52:5-53:2
57:8-20
58:6-10
59:6-16
60:5-61:17
62:22-24
63:11-64:17
68:11-69:25
84:14-87:11
90:18-91:14
100:4-101:11

Deposition of Wade Grubich

Page:Line
4:6-20
28:15-30:7
47:2-11
57:10- 58:9
81:4-24
83:13-84:23

Deposition of James Harpole

Page:Line
5:20-24
19:2-17
39:9-40:17
69:1-76:4
98:1-99:12
107:1-9
109:16-112:25
116:20-117:12
118:6-119:10

# Exhibit B

    120:12-122:5
    122:17-123:2
    168:2-25
    220:8-22
    229:10-230:15
    241:18-242:4

Deposition of Derrick Harris

    Page:Line
    4:11-13
    30:22-31:13
    45:19-47:25
    59:25-61:4
    62:16-20
    66:24-67:17
    74:18-21
    77:14-18
    79:7-80:9
    81:24-82:3
    88:24-89:18
    92:4-15
    106:14-107:25
    110:3-111:20
    115:10-116:14
    130:1-15
    135:5-137:1

Deposition of Brian Laroque

    Page:Line
    4:23-5:1
    10:13-15
    36:10-37:23
    50:12-14
    52:10-53:17
    72:6-16
    75:6-23
    114:11-116:16

Deposition of Matthew Palmer

    Page:Line
    4:7-15
    9:19-14
    13:8-22

# Exhibit B

    16:24-17:12
    28:12-29:5
    38:22-40:10
    74:6-75:22

Deposition of Andrew Wilkeiwicz

Page:Line
4:25-5:3
26:3-27:19
60:9-18
61:5-9
75:24-76:5
80:8-23
91:24-93:4
98:6-99:4
106:22-107:21
109:9-110:18
112:1-113:9
117:6-118:9