# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN
_____

BENETRIA McGOWAN and
JARRETT ENGLISH,

                                     Plaintiffs,

v.                                                                      Case No. 19-CV-781

CITY OF MILWAUKEE, ET. AL.,

                                     Defendants.
_____

## DEFENDANTS' NOTICE TO WITHDRAW PROPOSED JURY INSTRUCTION AND EXHIBITS
*(No Separate Brief to be Filed)*
_____

      PLEASE TAKE NOTICE that Defendants, by their attorneys, Tearman Spencer, City Attorney, represented by Stacy J. Miller, Assistant City Attorney, Clint Muche, Assistant City Attorney, and Jennifer Williams, Deputy City Attorney, hereby withdraw their Proposed Jury Instruction on Time, Place, Manner Restrictions, Electronic Case Filing (ECF) 119-1, Page 39.

1

Furthermore, Defendants respectfully withdraw Motion in Limine Number 7, Electronic Case Filing (ECF) 118, p. 5-6.

Dated at Milwaukee, Wisconsin this 20th day of June, 2023.

    TEARMAN SPENCER
    City Attorney

    *s/Jennifer L. Williams*
    JENNIFER L. WILLIAMS
    Deputy City Attorney
    State Bar No.: 1058087

    *s/Clint B. Muche*
    CLINT B. MUCHE
    Assistant City Attorney
    State Bar No.: 1131629

    *s/Stacy J. Miller*
    STACY J. MILLER
    Assistant City Attorney
    State Bar No.: 1126905
    ***Attorneys for Defendants***

ADDRESS:
Milwaukee City Attorney's Office
200 E Wells St., Ste 800
Milwaukee WI 53202-3515
Phone: 414-286-2601
Fax: (414) 286-8550