# UNITED STATES DISTRICT COURT

Eastern  DISTRICT OF  Wisconsin

JARRETT ENGLIGH & BENETRIA MCGOWAN

## EXHIBIT LIST

V.

CITY OF MILWAUKEE, ET AL

Case Number: 19-cv-781

| PRESIDING JUDGE<br>Brett H Ludwig | | | PLAINTIFF'S ATTORNEY<br>Donahoe, Dupuis, Muth, Porter and Shakeshaft | | DEFENDANT'S ATTORNEY<br>Muche and Williams |
|---|---|---|---|---|---|
| TRIAL DATE (S)<br>7/10/23 - 7/14/23 | | | COURT REPORTER<br>Jennifer Stake | | COURTROOM DEPUTY<br>Julie D. |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|  | 25 | 7/13/23 | X | X | Employment File – Benetria McGowan – SEEK Careers / Staffing |
|  | 101 | 7/12/23 | X | X | 01 Hinkley – Near Memorial – 7_38 to 8_08.mp4 |
|  | 107 | 7/12/23 | X | X | Brock-Sherman and Auer – 9_31 to 10_01.mp4 |
|  | 108 | 7/12/23 | X | X | Ghassoul – En Route – 9_31 to 9_33.mp4 |
|  | 111 | 7/12/23 | X | X | Connell – Sherman and Auer – 9_31 to 10_00.mp4 |
|  | 115 | 7/12/23 | X | X | Nordstrum – Wagon Arrives Sherman and Auer – 9_35 to 10_00.mp4 |
|  | 120 | 7/13/23 | X | X | Ghassoul – Burleigh.mp4 |
| 1008 |  | 7/11/23 | X | X | Log of Sherman Park arrests after 5pm on 8/30/16 |
| 1009 |  | 7/11/23 | X | X | Police call log for Sherman Park operation |
| 1011 |  | 7/12/23 | X | X | Incident report for J. English arrest prepared by Lt. Derrick Harris |
| 1012 |  | 7/12/23 | X | X | Internal affairs report on investigation of Sgt Brock prepared by Matthew Palmer |
| 1036 |  | 7/11/23 | X | X | Chief Flynn email to Harpole & Stanmeyer re Sherman Park mourning period |
| 1037 |  | 7/11/23 | X | X | Harpole email re 8/30/16 operation and arrests |
| 1040 |  | 7/11/23 | X | X | Email from assistant to Khalif Rainey re need to end protests at memorial |
| 1059 |  | 7/11/23 | X | X | Flynn - Harpole email |
| 1060 |  | 7/11/23 | X | X | Flynn – Harpole email (city 0907 – 908) |
| 1102 |  | 7/12/23 | X | X | Connell BWC 2.mp4 video |
| 1104 |  | 7/13/23 | X | X | Wallich BWC 2.mp4 video |
| 1105 |  | 7/13/23 | X | X | Ghassoul BWC 7.mp4 |
| 1106 |  | 7/13/23 | X | X | Ghassoul BWC 6.mp4 video |
| 1107 |  | 7/12/23 | X | X | Groen BWC video |
| 1109 |  | 7/10/23 | X | X | Brock BWC 3.mp4 video |

| 1110 |  | 7/10/23 | X | X | Laroque BWC 2.mp4 video |
| --- | --- | --- | --- | --- | --- |
| 1114 |  | 7/10/23 | X | X | Jarret English Facebook Live video w/accompanying Facebook post |
| 1116 |  | 7/13/23 | X | X | Curriculum Vitae, Brad K. Grunert, Ph.D |
| 1118 |  | 7/12/23 | X | X | Benetria McGowan booking photo |
| 1119 |  | 7/12/23 | X | X | Benetria McGowan municipal citation |
| 1126 |  | 7/10/23 | X | X | Police van video – VTS_01_1.VOB – Jarrett English in van |
| 1127 |  | 7/11/23 | X | X | Audio file of Brock Internal Affairs interview. |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.