# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| Jarrett English & Benetria McGowan <br> *Plaintiff* <br> v. <br> City of Milwaukee, et al. <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 19-cv-0781-bhl <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:** No Defendants are liable. Plaintiffs Jarrett English and Benetria McGowan recover nothing.

This action was *(check one)*:

☑ tried by a jury with Judge Brett H. Ludwig presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: July 17, 2023

CLERK OF COURT

Julie D.
*Signature of Clerk or Deputy Clerk*