IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

BENETRIA McGOWAN and
JARRETT ENGLISH,

       Plaintiffs,

-vs-              Case No. 19 CV 781

CITY OF MILWAUKEE, et al.,

       Defendants.

### MOTION TO CONTACT JURORS

Pursuant to General Local Rule 47(c), Plaintiffs Benetria McGowan and Jarrett English, hereby move for leave of Court to communicate with jurors. Rule 47(c) states:

> Communications with Jurors. Parties, attorneys, and the agents or employees of parties or attorneys may not approach, interview, or communicate with a venire member or juror, before, during or after trial, except on leave of Court granted upon notice to opposing counsel and upon good cause shown. Good cause may include a trial attorney's request for permission to contact one or more jurors after trial for the trial attorney's educational benefit. The juror(s) must be advised at the outset of any communication that the juror's participation is voluntary. Any juror contact permitted by the Court under this rule is subject to the Court's control.

In this case eight jurors rendered a unanimous verdict in favor of Defendants. Plaintiffs' trial attorneys would like to contact the jurors to ask questions about their analysis of the case for the educational benefit of counsel, so that counsel can better understand how and whether their presentation of the case in the courtroom affected the outcome.

.

1

Dated this 18th day of July, 2023.

                AMERICAN CIVIL LIBERTIES UNION OF WISCONSIN FOUNDATION and
                                                              A. STEVEN PORTER

By:   /s/ A. Steven Porter
       A. Steven Porter
       State Bar No. 1000195
       *Attorney for Plaintiffs*
       P.O. Box 7093
       Madison, Wisconsin 53707
       (608) 662-2285
       (608) 819-6466 (fax)
       asp5949@gmail.com

AMERICAN CIVIL LIBERTIES UNION OF
WISCONSIN FOUNDATION, INC.

By:   /s/ Laurence J. Dupuis

       R. Timothy Muth
       State Bar No. 1010710
       Emma Shakeshaft
       State Bar No. 1092046
       Laurence J. Dupuis
       State Bar No. 1029261
       Chris Donahoe
       State Bar No. 1092282
       *Attorneys for Plaintiffs*
       207 E. Buffalo Street, Room 325
       Milwaukee, Wisconsin 53202
       (414) 272-4032
       (414) 272-0182 (fax)
       cdonahoe@aclu-wi.org
       ldupuis@aclu-wi.org
       eshakeshaft@aclu-wi.org
       tmuth@aclu-wi.org

       TEARMAN SPENCER
       City Attorney

Stacy J. Miller
State Bar No. 1126905
Jennifer Williams
State Bar No. 1058087
Clint Muche
State Bar No. 1131629
*Attorneys for Defendants*

200 East Wells Street, Room 800
Milwaukee, WI 53202
Telephone: (414) 286-2601
Fax: (414) 286-8550
Email: smiller@milwaukee.gov